**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1033**

_____

WALTER LEE,

                 Plaintiff - Appellant,

       v.

107TH UNITED STATES CONGRESS; JOHN WARNER, Senator, R-VA, In his official capacity as a member of the 107th United States Congress and Senatorial Representative of the Plaintiffs civil rights; GEORGE ALLEN, Senator, in his official capacity as a member of the 107th United States Congress and Senatorial Representative of the Plaintiffs civil rights; JOANN DAVIS, Rep, R-VA, in her official capacity as a member of the 107th United States Congress and Legislative Representative of the Plaintiffs civil rights,

                  Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:02-cv-00706-REP)

_____

Submitted: July 20, 2016             Decided: July 27, 2016

_____

Before GREGORY, Chief Judge, and DUNCAN and AGEE, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Walter Lee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Lee seeks to appeal the district court's order and the district court clerk's letter stating the requirements for filing an action in forma pauperis. This court may exercise jurisdiction only over final orders of the district court, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order and letter that Lee seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED